UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Victor B. Perkins,

        Petitioner,

Case No. 21-cv-2210 (SRN/BRT)

v.

**ORDER**

Steve Kallis, Warden,

        Respondent.

Victor B. Perkins, Reg. No. 08783-039, FMC-Rochester, Qtrs 1-1, PMB 4000, Rochester, MN 55903-4000, pro se petitioner.

Ana H. Voss, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

This matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated October 29, 2021 [Doc. No. 4]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus of petitioner Victor B. Perkins [Doc. No. 1] is DENIED;

2. This matter is dismissed; and

3. Perkins's application to proceed in forma pauperis [Doc. No. 3] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: November 23, 2021

                                                 s/Susan Richard Nelson
                                                 SUSAN RICHARD NELSON
                                                 United States District Judge